**Order entered November 29, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00882-CR**

**SIM STANLEY BITTICK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 071896**

**ORDER**

This order addresses issues with appellant's brief and with State's Exhibit 20. The Court orders relief as follows.

On November 3, 2022, appellant filed his brief. A review of the brief reveals that it discloses the names of persons who were victims of offenses at the time they were children.

This Court does not allow a party to file a brief that discloses the names of victims or witnesses who were children at the time of the offenses, or the names of

any other children discussed or identified at trial. *See* TEX. R. APP. P. 9.10(b) ("Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data."), *id.* 9.10(a)(3) ("*Sensitive Data Defined.* Sensitive data consists of . . . a birth date, a home address, and the name of any person who was a minor at the time the offense was committed."). Accordingly, we **STRIKE** appellant's brief.

We **ORDER** appellant to file, within **THIRTY DAYS** of the date of this order, an amended brief that identifies all individuals who were children at the time of this or any other offense either generically (for example, "victim") or by initials only, including when quoting relevant portions of the record or giving a statement of the case.

On November 4, 2022, the court reporter filed a letter indicating that she was unable to copy State's Exhibit 20, a USB drive, the contents of which were described in the record as "a Cellebrite download of the defendant's phone." If either party concludes that State's Exhibit 20 contains material evidence necessary to the resolution of this appeal, that party is **DIRECTED** to file a motion with the Court within **SIXTY DAYS** of the date of this order so that the Court may obtain the original exhibit. *See* TEX. R. APP. P. 34.1, 34.6(g)(2).

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE